# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:10cv12

| | |
|---|---|
| CLAUDINE W. GIBSON; and GIBSON INSURANCE AGENCY, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )     ORDER<br>) |
| FALLON BENEFITS GROUP, INC.; and JEFFREY KEPLER LAYMAN, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the court on defendants' Motion to Extend the ADR Deadline and Motion for Substitution of Mediator (#16). In the motion, defendants seek an enlargement of the mediation deadline and to substitute mediators. Good cause having been shown, the relief will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Extend the ADR Deadline and Motion for Substitution of Mediator (#16) is **GRANTED,** the mediation deadline is enlarged to February 16, 2011, and the substitution of mediators is noted and approved.

Signed: February 9, 2011

_____
Dennis L. Howell
United States Magistrate Judge